1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMAS, State Bar #164194
   Chief Trial Deputy
3  MARK D. LIPTON, State Bar #152864
   Deputy City Attorney
4  BRIAN CEBALLO, State Bar #243828
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, 6th Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-4218 Lipton
7                (415) 554-3911 Ceballo
   Facsimile:    (415) 554-3837
8  E-Mail:       mark.lipton@sfgov.org
                 brian.ceballo@sfgov.org
9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13 | FERNANDO GUANILL,              | Case No. 15-cv-04745 LB
14 |     Plaintiff,                 | **REQUEST FOR DISMISSAL**
                                      ORDER
15 | vs.                            |
16 | MICHAEL ROBERT LEWELLING,
     individually and in his capacity as a deputy for
17 | the SAN FRANCISCO SHERIFF'S
     DEPARTMENT; MICHAEL LI, individually
18 | and in his capacity as a deputy for the SAN
     FRANCISCO SHERIFF'S DEPARTMENT;
19 | PATRICK TRUONG, individually and in his
     capacity as a deputy for the SAN
20 | FRANCISCO SHERIFF'S DEPARTMENT;
     ANDREW BROWN, individually and in his
21 | capacity as a deputy for the SAN
     FRANCISCO SHERIFF'S DEPARTMENT;
22 | ROSS MIRKARIMI, individually and in his
     capacity as THE Sheriff for the SAN
23 | FRANCISCO SHERIFF'S DEPARTMENT;
     MARK MESQUITA, individually and in his
24 | capacity as an officer for the SAN
     FRANCISCO POLICE DEPARTMENT; the
25 | CITY AND COUNTY OF SAN
     FRANCISCO, and DOES 1-20, inclusive
26 |
   |     Defendants.
27
28

Request for Dismissal                          1                    n:\lit\li2016\150668\01081271.docx
Guanill v. Lewelling, et al.; 15-cv-04745 LB.

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: 6-7-16

LAW OFFICES OF RANDOLPH E. DAAR

By: _____
RANDOLPH E. DAAR
Attorneys for Plaintiff
FERNANDO GUANILL

Dated: 6-21-16

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARK D. LIPTON
Deputy City Attorneys

By: _____
MARK D. LIPTON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated: June 21, 2016

_____
United States District Court Judge

Request for Dismissal
Guanill v. Lewelling, et al.; 15-cv-04745 LB.

2

n:\lit\li2016\150668\01081271.docx